**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| WILLIE E. MOSES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:23-cv-02025-TLP-cgc |
| v. | ) | |
| | ) | JURY DEMAND |
| MAHLE AFTERMARKET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint, filed on January 18, 2023. (ECF No. 1.) In accordance with the Order Granting Defendant's Motion to Dismiss and Denying Plaintiff's Motion to Transfer Venue (ECF No. 25), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

May 3, 2023
Date